**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JULIO BLANCO,

    Plaintiff,

vs.                                      CASE NO.: 6:22-cv-02108-PGB-DCI

AIR FLOW DESIGNS, INC. a/k/a AIR FLOW DESIGNS HEATING & AIR CONDITION OF ORLANDO, and JESSE H. BURD,

    Defendants.

_____/

## NOTICE OF FILING

Pursuant to the Court's Order dated June 16, 2023, the parties submit the following overtime settlement for approval by the Court:

1.    On November 15, 2022, Plaintiff filed a Complaint alleging violations of the unpaid overtime provisions of the Fair Labor Standard Act (the "FLSA"), 29 U.S.C. § 207(a) (Count I), and retaliation, 29 U.S.C. § 215(a)(3) (Count II). [Doc. 1.]

2.    Plaintiff and Defendant Air Flow Designs, Inc. ("Air Flow")[1] engaged in mediation on May 22, 2023. Without admitting liability, and in order to avoid the

---

[1] Defendant Jesse H. Burd was never served and was dismissed from this matter by the Court on June 7, 2023.

expense and risks inherent in continued litigation, Air Flow agreed to pay in full Plaintiff's liquidated damages claim for alleged unpaid overtime ($4,485.00), $515.00 for the retaliation claim, and attorneys' fees of $8,000.00.[2]

| *s/ Scottie N. McPherson* | *s/ Zandro E. Palma* |
|---|---|
| **Tucker H. Byrd** <br> Florida Bar No. 381632 <br> **Scottie N. McPherson** <br> Florida Bar No. 085137 <br> **BYRD CAMPBELL, P.A.** <br> 180 Park Avenue North, Suite 2A <br> Winter Park, Florida 32789 <br> Telephone: (407) 392-2285 <br> Email: TByrd@ByrdCampbell.com <br> Email: SMcPherson@ByrdCampbell.com <br> *Attorneys for Defendant* | **Zandro E. Palma** <br> Florida Bar No. 0024031 <br> **Law Offices of Zandro E. Palma, P.A.** <br> 9100 South Dadeland Blvd. <br> Suite 1500 <br> Miami, Florida 33156 <br> Tel: (305) 446-1500 <br> zep@thepalmalawgroup.com <br> *Attorney for Plaintiff* |

---

[2] A true and correct copy of the Settlement Agreement is attached hereto as **Exhibit "A."** The parties had not previously submitted the agreement because previous case law has stated judicial review was not required when overtime claims are not compromised. *Vazquez v. Joseph Cory Holdings, LLC*, No. 6:16-cv-1307-Orl-40TBS, Doc. 57 (M.D. Fla. Mar. 30, 2017).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2023, the foregoing document is being served on all counsel of record via electronic mail.

*s/ Tucker H. Byrd*
**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie N. McPherson**
Florida Bar No. 085137
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: SMcPherson@ByrdCampbell.com
Secondary Email: RMicale@ByrdCampbell.com
*Attorneys for Defendant*

# EXHIBIT "A"

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is entered into by and between JULIO BLANCO and AIR FLOW DESIGNS, INC. ("Air Flow") (collectively, the "parties") who hereby agree and stipulate as follows:

1. **Purpose.** The parties agree that this Agreement resolves the pending claims (Count I–FLSA Overtime Claim; Count II–Retaliation) asserted in *Blanco v. Air Flow Designs, Inc.* Case No.: 6:22-cv-02108 (the "Action").

2. **Consideration**. In consideration for the mutual releases set forth below, as to Count I–FLSA Overtime Claim, Air Flow shall pay in full Blanco's liquidated damages claim of $4,485.00 for alleged unpaid overtime. As to Count II–Retaliation, Air Flow shall pay $515.00. Air Flow shall also pay $8,000.00 to the Law Offices of Zandro E. Palma, P.A. The payments set forth in this Paragraph 2 shall be made by May 31, 2023, to the Trust Account of Zandro E. Palma who shall provide his wire instructions upon execution of this Agreement.

3. **No Admission of Liability.** The parties acknowledge that none of the terms of this Agreement are to be construed as an admission of liability or wrongdoing by either party, or as an admission as to the validity of any allegations, including but not limited to the Action.

4. **Releases**. Except for those obligations created hereunder and upon receipt and clearance of the payments described in Paragraph 2 above, the parties hereby remise, release, acquit, satisfy, and forever discharge one another, including their heirs, children, officers, directors, attorneys, managers and agents (specifically the owners of Air Flow and any of its subsidiaries) of and from any and all manner of action and actions, cause and causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, claims, and demands whatsoever, in law or in equity, which they ever had, now have, or hereafter can, shall or may have, against one another, for upon or by reason of any matter, cause

or thing whatsoever, from the beginning of the world to the day of this release, including but not limited to the matters alleged in the Action and any and all judgments entered therein.

    5.    **Dismissal.**  Within two (2) days of receipt and clearance of the payments described in Paragraph 2 above, the parties shall execute a Joint Stipulation for Dismissal with Prejudice for filing in the Action. If the Court inquires as to the terms of the parties' settlement agreement or dismissal, the parties agree to file a joint response which states as follows: "The parties agree that the employee's overtime claim was not compromised. The retaliation claim was settled separately."

    6.    **Confidentiality and Nondisparagement.**  The parties agree to keep the terms and conditions of this Agreement completely confidential and shall not disclose them to any individual or entity unless required by law or court order, except that the parties shall be entitled to disclose the terms of this Agreement to their boards, lenders, auditors, accountants, legal advisors, shareholders, and investors if required in the ordinary course of business operations or for compliance with state or federal law or regulations or other legal obligations, and with the express understanding that the terms of this Agreement are to be kept confidential. In the event of a legally mandated request for disclosure, e.g., receipt of a subpoena, the party receiving the inquiry that requires disclosure shall immediately notify the other parties of that fact, and shall not disclose any information or documents relating hereto prior to the legally-mandated date.

The parties agree: (a) not to criticize or disparage or make any statement which could reasonably be construed as criticizing or disparaging the other in any manner; and (b) not to take any action that could reasonably be expected to have an adverse effect on the other's reputation or standing.

2

7. **Independent Counsel**. Each of the parties hereto has had the benefit of independent legal advice by counsel of its own selection prior to entering this Agreement, and has executed this Agreement only after undertaking a thorough investigation and consideration of all relevant facts and circumstances surrounding these actions.

8. **Duress**. Each of the parties hereto has entered into this Agreement without undue influence, coercion, duress, or restraint, having been practiced on them by any other party hereto.

9. **Applicable Law; Venue**. The parties agree that the laws of the State of Florida shall apply to the interpretation, effect and enforcement of this Agreement; venue for all disputes arising hereunder shall be in Orange County, Florida.

10. **Attorneys' Fees**. The parties agree that the prevailing party in any action required to enforce the terms of this agreement, shall be entitled an award of their reasonable attorneys' fees and costs incurred as a result thereof.

EXECUTED on this _____ day of _____, 2023.

| JULIO BLANCO | AIR FLOW DESIGNS, INC. |
|---|---|
| *[signature]* | *[signature]* TERESA CARSON |
|  | Title: DST |
| Date: 05 / 25 / 2023 | Date: 5/25/2023 |

3

**Dropbox Sign**  Audit trail

| | |
|---|---|
| Title | Settlement Agreement |
| File name | BLANCO JULIO - Se...eement 052523.pdf |
| Document ID | d2732cebbb6bf3430f45f983b4386ab40a9ed318 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT** — 05 / 25 / 2023  09:47:37 UTC-4 — Sent for signature to Julio Blanco (jede0988@gmail.com) from jfp@thepalmalawgroup.com
IP: 75.74.89.99

**VIEWED** — 05 / 25 / 2023  10:10:11 UTC-4 — Viewed by Julio Blanco (jede0988@gmail.com)
IP: 205.232.55.59

**SIGNED** — 05 / 25 / 2023  10:17:50 UTC-4 — Signed by Julio Blanco (jede0988@gmail.com)
IP: 205.232.55.59

**COMPLETED** — 05 / 25 / 2023  10:17:50 UTC-4 — The document has been completed.

Powered by **Dropbox Sign**