UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULIO BLANCO,

      Plaintiff,

vs.                                    CASE NO.: 6:22-cv-02108-PGB-DCI

AIR FLOW DESIGNS, INC. a/k/a AIR FLOW DESIGNS HEATING & AIR CONDITION OF ORLANDO, and JESSE H. BURD,

      Defendants.

## AMENDED NOTICE OF FILING
*(Amended as to filing attachment separately)*

Pursuant to the Court's Order dated June 16, 2023, the parties submit the following overtime settlement for approval by the Court:

1.    On November 15, 2022, Plaintiff filed a Complaint alleging violations of the unpaid overtime provisions of the Fair Labor Standard Act (the "FLSA"), 29 U.S.C. § 207(a) (Count I), and retaliation, 29 U.S.C. § 215(a)(3) (Count II). [Doc. 1.]

2.    Plaintiff and Defendant Air Flow Designs, Inc. ("Air Flow")[1] engaged in mediation on May 22, 2023. Without admitting liability, and in order to avoid the

---

[1] Defendant Jesse H. Burd was never served and was dismissed from this matter by the Court on June 7, 2023.

expense and risks inherent in continued litigation, Air Flow agreed to pay in full Plaintiff's liquidated damages claim for alleged unpaid overtime ($4,485.00), $515.00 for the retaliation claim, and attorneys' fees of $8,000.00.[2]

| *s/ Scottie N. McPherson* <br> **Tucker H. Byrd** <br> Florida Bar No. 381632 <br> **Scottie N. McPherson** <br> Florida Bar No. 085137 <br> **BYRD CAMPBELL, P.A.** <br> 180 Park Avenue North, Suite 2A <br> Winter Park, Florida 32789 <br> Telephone: (407) 392-2285 <br> Email: TByrd@ByrdCampbell.com <br> Email: SMcPherson@ByrdCampbell.com <br> *Attorneys for Defendant* | *s/ Zandro E. Palma* <br> **Zandro E. Palma** <br> Florida Bar No. 0024031 <br> **Law Offices of Zandro E. Palma, P.A.** <br> 9100 South Dadeland Blvd. <br> Suite 1500 <br> Miami, Florida 33156 <br> Tel: (305) 446-1500 <br> zep@thepalmalawgroup.com <br> *Attorney for Plaintiff* |

---

[2] A true and correct copy of the Settlement Agreement is attached hereto as **Exhibit "A."** The parties had not previously submitted the agreement because previous case law has stated judicial review was not required when overtime claims are not compromised. *Vazquez v. Joseph Cory Holdings, LLC*, No. 6:16-cv-1307-Orl-40TBS, Doc. 57 (M.D. Fla. Mar. 30, 2017).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2023, the foregoing document is being served on all counsel of record via electronic mail.

*s/ Tucker H. Byrd*
**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie N. McPherson**
Florida Bar No. 085137
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: SMcPherson@ByrdCampbell.com
Secondary Email: RMicale@ByrdCampbell.com
*Attorneys for Defendant*
