UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JULIO BLANCO,**

      **Plaintiff,**

v.                                                  **Case No: 6:22-cv-2108-DCI**

**AIR FLOW DESIGNS, INC.,**

      **Defendant.**

## ORDER

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **Joint Motion to Approve Settlement and Dismiss Case with Prejudice (Doc. 40)** |
| **FILED:** | **July 14, 2023** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

This is an FLSA case. *See generally* 29 U.S.C. §§ 201 to 209. The parties filed a "Joint Motion for Court Approval of Settlement," in which the parties request both approval of their FLSA settlement and dismissal of this case with prejudice. (Doc. 40, the Motion). On August 9, 2023, the parties consented to the jurisdiction of the undersigned United States Magistrate Judge for purposes this action. Doc. 44. The presiding District Judge approved that consent, and this case was reassigned to the undersigned as the presiding judge. Docs. 45-46.

Where the proposed settlement involves a compromise of Plaintiffs' claims, it is incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores,*

*Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). Even in cases in which the parties represent that there has been no compromise of the wage claim, courts must review the settlement agreement to ensure that there are no terms in the agreement that constitute a compromise and, if there are, whether the agreement is reasonable. Having reviewed the same, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between parties represented by competent counsel. *Id*. The Court further finds that the agreed-upon fee and costs to be paid to Plaintiffs' counsel was determined independently, did not affect the payment to Plaintiffs, and otherwise appears to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

It is, therefore **ORDERED** that the Motion (Doc. 40) is **GRANTED**. The settlement is **APPROVED**, and this case is **DISMISSED** with prejudice. The Clerk is directed to close the case.

**DONE AND ORDERED** in Orlando, Florida on August 9, 2023.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE